AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
03/05/2018
Clerk, U.S. District Court
Western District of Texas

by: Y.Lujan
**Deputy**

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:18-M -00761(1) |
| | § |
| (1) Claudio Morales-Perez | § |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, (1) Claudio Morales-Perez, was presented by counsel, FPD Christopher J. Carlin.

The defendant pled guilty to the Complaint on  March 05, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | Improper Entry by Alien | 03/02/2018 |

As pronounced on March 05, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the  $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion.  **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 5th day of March, 2018.

DAVID FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency:
USM #:

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:   PE:18-M -00761(1) |
| (1) Claudio Morales-Perez | § | |
| *Defendant* | § | |

## INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On March 05, 2018, the defendant appeared in Open Court before  U.S. Magistrate Judge DAVID FANNIN.  He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1)      The nature of the charge against him/her.

2)      The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.

3)      That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4)      The right to a preliminary examination if not indicted; and,

5)      The right to consideration of bail.

**Attorney**
( X )    Duty Pub. Defender-Pecos,    FPD

**Bond**
( X )    No Bond Set.

**OTHER**

( **X** )  WAIVED Initial Appearance-PROCEEDED directly to Arraignment/ Plea and Sentence.
            **SENTENCE:    TIME SERVED    FINE: NO     S/A: REMITTED**

(    )    WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence.
            **SENTENCED to:   ONE (1)  YEAR PROBATION, FINE: NO   S/A: REMITTED**

(    )    WAIVED Initial appearance- PROCEEDED directly to Arraignment/Plea and Sentence
            **SENTENCED to:  _____ DAYS, FINE: NO     S/A $____    or     ___S/A  Remitted__**

(    )    Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:     Interpreter:Spanish               Record FTR Gold -
Language Barrier Disclosure:   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is : _____**

Time:      12:56 p.m. - 1:14 p.m.              Arrested:      03/02/2018  in Brewster County
                00   minutes

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
03/05/2018
Clerk, U.S. District Court
Western District of Texas

by: Y.Lujan
Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:18-M -00761(1) - DF |
| | § | |
| (1) Claudio Morales-Perez | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 02, 2018** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title _____ **8** _____ United States Code, Section(s) **1325(a)(1)** _____

I further state that I am a **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The Defendant was arrested on March 2, 2018, in the Western District of Texas by Sanderson Border Patrol Agents. The Defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about February 25, 2018, in Brewster County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the*

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

Signature of Complainant
Fuentez, Adan O.
Border Patrol Agent

March 05, 2018
Date

at   ALPINE, Texas
City and State

DAVID FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:18-M -00761(1)

WESTERN DISTRICT OF TEXAS

(1) Claudio Morales-Perez

FACTS   (CONTINUED)

Secretary of Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally. Defendant is a national and citizen of Mexico.


IMMIGRATION HISTORY:
MORALES-Perez, Claudio has no prior Immigration History.

CRIMINAL HISTORY:
MORALES-Perez, Claudio has no known Criminal History.